670 A.2d 1048

IN THE MATTER OF CLINTON E. CRONIN,
AN ATTORNEY AT LAW.

February 6, 1996.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–11 recommending that **CLINTON E. CRONIN** of **TOMS RIVER,** who was admitted to the bar of this State in 1963, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **CLINTON E. CRONIN** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **CLINTON E. CRONIN** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **CLINTON E. CRONIN** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.